## JAMES A. WHITCOMB

*vs.*

## CHARLES J. ROGERS.

*Promissory notes: usury.*

A party wishing to raise money, drew his promissory note for $10,000.00 payable to his own order and indorsed it in blank, and gave it to H. N. B. for him to raise money on it for the maker; instead of that, H. N. B. borrowed for himself $3,500.00 from C. J. R., for which he was charged a commission of $500; that loan not being paid, C. J. R. brought suit on the $10,000.00 note against the maker; the commission that had been paid was credited upon the note; *held*, that no question of usury arose.

*Decided November 15, 1918.*

Appeal from the Superior Court of Baltimore City. (Dobler, J.)

The cause was argued before Boyd, C. J., Briscoe, Thomas, Pattison, Urner, Stockbridge and Constable, JJ.

*Arthur L. Jackson,* for the appellant.

*Sylvan Hayes Lauchheimer* (with whom was *Fred. S. Swindell,* on the brief), for the appellee.

The decision was affirmed, with costs, in an opinion by Urner, J.